## ORDER

PER CURIAM.

Lorenzo Gilyard appeals his convictions for six counts of first-degree murder. He challenges the sufficiency of the evidence.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Jeremiah FANNING, Appellant.

No. WD 68225.

Missouri Court of Appeals,
Western District.

July 22, 2008.

Margaret M. Johnston, Columbia, MO, for appellant.

Anna L. Bunch, Jefferson City, MO, for respondent.

Before JAMES EDWARD WELSH, P.J., PAUL M. SPINDEN, and ALOK AHUJA, JJ.

## ORDER

PER CURIAM.

Jeremiah Fanning appeals the circuit court's judgment convicting him of second degree assault. We affirm. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Daniel E. CHILDS, III, Appellant.

No. WD 66672.

Missouri Court of Appeals,
Western District.

July 22, 2008.

